FILED

UNITED STATES COURT OF APPEALS

NOV 5 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONCELY DEL CARMEN MENDEZ ROJAS; et al.,<br><br>        Plaintiffs-Appellees,<br><br>  v.<br><br>KIRSTJEN NIELSEN, Secretary of Department of Homeland Security, in her official capacity; et al.,<br><br>        Defendants-Appellants. | No.   18-35443<br><br>D.C. No. 2:16-cv-01024-RSM Western District of Washington, Seattle<br><br>ORDER |

Pursuant to the stipulation of the parties (docket entry no. 39), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). As stated in the stipulation each side will bear its own fees and costs for litigation on this case. A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By:  Chris Goelz
Circuit Mediator

11/5/20